UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CHARLES MOORE, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:24-cv-01313-LSC-SGC |
| LAWRENCE COUNTY JAIL, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on October 28, 2024, recommending this matter, brought pursuant to 28 U.S.C § 2254, be dismissed for lack of jurisdiction as an unauthorized second or successive petition. (Doc. 2). Although the report and recommendation notified the petitioner of his right to object within fourteen calendar days, the court has not received any objections. The deadline to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter will be dismissed for lack of jurisdiction as an unauthorized second or successive § 2254 petition. A ruling on a certificate of appealability is not required under these circumstances. *Osbourne v. Sec'y, Fla. Dep't of Corr.*, 968 F.3d 1261, 1264 n.3 (11th Cir. 2020).

A separate order will be entered.

**DONE** and **ORDERED** on November 20, 2024.

_____
L. Scott Coogler
United States District Judge

160704